

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00238-CV

THOMAS B. REED,

                                      **Appellant**

 v.

GIG TOWN PROPERTY MANAGEMENT,

                                      **Appellee**

---

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 6327-B

---

## MEMORANDUM OPINION

---

Appellant's docketing statement was due August 20, 2024. In a letter dated August 22, 2024, the Clerk of this Court notified appellant that the docketing statement was past due and warned appellant that if the docketing statement was not filed within 21 days from the date of the letter, this appeal would be dismissed without further notification. TEX. R. APP. P. 42.3(b), (c) and 44.3. More than 21 days have passed, and the docketing statement has not been filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(c) and 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed September 26, 2024
[CV06]

